STATE ex rel. ALBERTA E. PLONDKE and Another v. E. E. WHITNEY.[1]

May 17, 1907.

Nos. 15,145—(95).

Appeal by plaintiffs from an order of the district court for Mille Lacs county, Qvale, J., denying a motion for a new trial, after a trial before Searle, J., and an order of Baxter, J., pursuant to stipulation, that judgment be entered in favor of defendant without prejudice to relators making a motion for a new trial. Affirmed.

*M. L. Cormany* and *Grant Van Sant,* for appellants.

*E. L. McMillan,* for respondent.

PER CURIAM.

This is a mandamus proceeding to compel the auditor of Mille Lacs county to deliver to the petitioner warrants upon the county treasurer for the payment of the amount of certain tax certificates. The tax judgment had been adjudged void, and it would seem that the petitioner would have been entitled to refundment, had he proceeded regularly and in accordance with the statutes. There are numerous questions raised upon the record, but it is not necessary to consider them, as the failure of the petitioner to make the county a party, as required by R. L. 1905, § 965, was fatal to his right to the writ of mandamus.

Order affirmed.